No. 133. SOUTHERN PACIFIC RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* FRANK A. WOOD ET AL. In error to the Supreme

Court of the State of California. November 3, 1902. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Maxwell Evarts* for the plaintiff in error. No appearance for the defendants in error.

———

No. 134. SOUTHERN PACIFIC RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* FREDERICK B. JACK ET AL. In error to the Supreme Court of the State of California. November 3, 1902. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Maxwell Evarts* for the plaintiff in error. No appearance for the defendants in error.